| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| --- | --- |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br>    RICARDO MOREL | |

Order Filed on April 3, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-34247

Hearing Date:  03/28/2019

Judge:  JOHN K. SHERWOOD

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: April 3, 2019

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  RICARDO MOREL

Case No.:  18-34247JKS

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 03/28/2019 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/28/2019 of the plan filed on 12/15/2019, is

denied; and it is further

ORDERED, that the Debtor must file a modified plan by 04/11/2019 or the case will be dismissed; and it is

further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings.