**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    RICARDO MOREL

Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13 Case No.:  18-34247**

**HEARING DATE:  03/26/2020**

**Judge:  JOHN K. SHERWOOD**

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 28, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  RICARDO MOREL

Case No.:  18-34247

Caption of Order:      ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 03/26/2020, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

2

United States Bankruptcy Court
District of New Jersey

In re:
Ricardo Morel
      Debtor

Case No. 18-34247-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin        Page 1 of 1        Date Rcvd: Apr 28, 2020
                           Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db               +Ricardo Morel,    36-38 Arlington Avenue,    Newark, NJ 07104-4648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of
      the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates,
      Series 2007-OPX1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         Yakov Rudikh    on behalf of Debtor Ricardo  Morel rudikhlawgroup@gmail.com,
      rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                               TOTAL: 6